THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 
 Roshune L. Carelock, Appellant.
 
 
 

Appeal From Lancaster County
Brooks P. Goldsmith, Circuit Court Judge

Unpublished Opinion No. 2012-UP-287
 Submitted April 2, 2012 - Filed May 9,
2012 

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, and Roshune L. Carelock, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Douglas A. Barfield, Jr., of Lancaster,
 for Respondent.
 
 
 

PER CURIAM: Roshune
 L. Carelock appeals his conviction for assault and battery of a
 high and aggravated nature, arguing the circuit court erred in admitting the
 testimony of a paramedic regarding statements made by the victim when the State
 failed to disclose the paramedic's report prior to trial. Additionally,
 Carelock filed a pro se brief. After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED. 
FEW, C.J., and HUFF and
 SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.